and disbursements to respondent. See, also, 145 App. Div. 941, 130 N. Y. Supp. 1108.

COOPER v. BRONX GAS CO. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Jane A. Cooper against the Bronx Gas Company. With this case have been consolidated in this court cases bearing titles as follows: Emma Kempner v. Leopoldo Barrenechea; William P. Furniss v. Sophia R. C. Furniss; Geo. L. Robinson v. George G. Battle. No opinions. Motions denied, with $10 costs. Orders filed.

In re CORNISH. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of the application of Lillie B. Cornish for the appointment of commissioners to assess the damages to her property, etc. No opinion. Judgment and order affirmed, with costs.

CORNISH, Respondent, v. CITY OF ELMIRA, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Carrie M. Cornish against the City of Elmira. No opinion. Judgment and order unanimously affirmed, with costs.

COSTIGAN, Respondent, v. NEW YORK & S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Michael Costigan against the New York & Stamford Railway Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the ground that defendant is not estopped from denying its liability, and has not been guilty of laches in moving to amend its answer.

COUGHLIN, Respondent, v. CARHART, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by John X. Coughlin against Amory S. Carhart. A. E. Brosmith, for appellant. G. F. Hickey, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CRAWFORD, Respondent, v. ROBERTSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by William A. Crawford against Musco M. Robertson, impleaded with others. H. Cabell, for appellant. H. M. Dater, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 132 N. Y. Supp. 1125.

McLAUGHLIN and DOWLING, JJ., dissent.

CRAWFORD, Respondent, v. WASHOR, Appellant. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by Annie Crawford against Abraham Washor. No opinion. Motion to dismiss appeal denied, without costs.

CREIGHTON, Respondent, v. CARLSON AUTOMOBILE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Henry H. Creighton against the Carlson Automobile Company. No opinion. Judgment affirmed, with costs.

CROCE et al., Respondents, v. BUONOMO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Giuseppe Croce and another against Antonio Buonomo. No opinion. Judgment affirmed, with costs.

CRONIN, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Henry Cronin, an infant, etc., against the Solvay Process Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the defendant was not liable because its foreman failed to see to it that the men gave heed to the warning of danger by going to a place of safety, which warning the court held was ample and sufficient.

DADY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by Michael J. Dady against the City of New York. No opinion. Judgment (121 N. Y. Supp. 860) unanimously affirmed, with costs.

DAUST, Respondent, v. FIGGE, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Reinhold W. Daust against Fred Figge. No opinion. Judgment and order of the County Court of Kings County reversed, and new trial ordered, costs to abide the event, for error in the rulings of the court at folios 72–75.

DAVID A. ALEXANDER CO., Appellant, v. WRIGHT & ALEXANDER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by the David A. Alexander Company against the Wright & Alexander Company. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIES v. TEPLISKY et al. BROOKS, Appellant, v. ZUCKERT, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Actions by Mary Davies against Barnet Teplisky and others, and by Elizabeth M. Brooks against Joseph Zuckert. No opinions. Motions to resettle